# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL L. MCLAUGHLIN, | : | No. 4:18-CV-00824 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| LOCK HAVEN UNIVERSITY, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 29th day of October 2018, in light of Douglas N. Engelman, Esquire's Letter to the Court indicating that the matter has settled, ECF No. 25, **IT IS HEREBY ORDERED** that this action is dismissed without costs and with prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge